

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMERICAN AIRLINES, INC., | § |
| Plaintiff, | § |
| VS. | § NO. 4:19-CV-414-A |
| TRANSPORT WORKERS UNION OF AMERICA, ET AL., | § |
| Defendants. | § |

ORDER

The court has determined that a telephone conference should be held between the court and lead counsel for plaintiff, American Airlines, Inc., and defendants, Transport Workers Union of America, International Association of Machinists & Aerospace Workers, and Airline Mechanic and Related Employee Association TWU/IAM. Therefore,

The court ORDERS that, at 3:00 p.m. on May 21, 2019, there be a telephone conference between the court, lead counsel for plaintiff, and, if known to plaintiff's lead counsel, counsel for defendants.

The court further ORDERS that plaintiff's lead counsel is responsible for arranging for the call through a third-party operator who will secure the presence of counsel for plaintiff and defendant, if applicable, on the line, then call the court at (817) 850-6654.

The court further ORDERS that no participant will be connected to the call via speakerphone, as the court's experience shows that use of a speakerphone often interferes with clarity of the proceedings.

SIGNED May 20, 2019.

*[signature]*
JOHN McBRYDE
United States District Judge