

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| AMERICAN AIRLINES, INC., <br><br> Plaintiff, <br><br> v. <br><br> TRANSPORT WORKERS UNION OF AMERICA, AFL-CIO, INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, and AIRLINE MECHANIC AND RELATED EMPLOYEE ASSOCIATION TWU/IAM, <br><br> Defendants. | Civil Action No. 4:19-cv-00414-A |



### JOINT STATUS REPORT REGARDING SETTLEMENT CONFERENCE

Pursuant to the Court's Order Setting Schedule and Providing Special Pretrial Instructions dated June 4, 2019, Plaintiff American Airlines, Inc. ("American") and Defendants Transport Workers Union of America, AFL-CIO, International Association of Machinists and Aerospace Workers, and Airline Mechanic and related Employee Association TWU/IAM ("Defendants") hereby file this Joint Status Report Regarding Settlement Conference, as follows:

On June 11, 2019, the Parties conducted a settlement conference in the Fort Worth office of Kelly Hart & Hallman LLP, with the following persons in attendance:

- Dee J. Kelly, Jr. and Elizabeth A. Cuneo of Kelly Hart & Hallman LLP, local counsel for American Airlines, Inc.;

- Robert A. Siegel of O'Melveny & Myers LLP, lead counsel for American Airlines, Inc., participated in the conference by telephone from his office in Los Angeles, California. Mr. Siegel had made plans to attend the meeting in person as instructed by the Court but his flight to DFW was cancelled at the last minute by the airline. He then attempted to secure another flight but was unable to find any options to DFW that day. Mr. Siegel did not travel to Fort Worth the following

morning because the time change from California to Texas did not allow him to arrive before the scheduled morning meeting with Defendants;

- Mark W. Robertson of O'Melveny & Myers LLP, co-counsel for American Airlines, Inc., also participated by telephone. Mr. Robertson had two flights from New York to DFW cancelled less than one hour before departure time, and was unable to secure alternative arrangements that allowed him to arrive in time for the morning meeting;

- Lucretia Guia, Vice President Labor Relations and Deputy General Counsel for American Airlines, Inc.

- Sanford R. Denison of Baab & Denison LLP, local counsel for Defendants;

- Mark Richard of Phillips Richard & Rind, PA lead counsel for the Transport Workers Union of America, AFL-CIO and Airline Mechanic and Related Employee Association TWU/IAM ;

- Gary Peterson, Vice President, Transport Workers Union of America, AFL-CIO;

- Jeffrey A. Bartos of Guerrieri Bartos & Roma PC, lead counsel for the International Association of Machinists & Aerospace Workers and Airline Mechanic and Related Employee Association TWU/IAM; and

- Timothy Klima, Airline Coordinator, Defendants International Association of Machinists & Aerospace Workers.

The client representatives at the meeting had unlimited settlement authority. The parties had a full discussion regarding the facts of the case and the issues to be tried, but were unable to reach a settlement during the conference. Progress toward settlement was made but the prospects of reaching an agreement are still low. The parties agreed to continue discussing a resolution to the case prior to the next Court ordered settlement conference.

Respectfully submitted,

/s/ *[signature]*

Sanford R. Denison (S.B. # 05655560)
Baab & Denison LLP
6301 Gaston Avenue, Suite 550
Dallas, Texas 75214
Tel.: (214) 637-0750
Fax: (214) 637-0730
denison@baabdenison.com

*Attorneys for Defendants*

Dee J. Kelly, Jr. (S.B. # 11217250)
Lars L. Berg (S.B. # 00787072)
Elizabeth A. Cuneo (S.B. # 24100166)
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Tel.: (817) 332-2500
Fax: (817) 878-9280
dee.kelly.2@kellyhart.com
lars.berg@kellyhart.com
elizabeth.cuneo@kellyhart.com

Mark Richard (*pro hac vice*)
Osnat K. Rind (*pro hac vice*)
Christina S. Gornail (*pro hac vice*)
Lucia Piva (*pro hac vice*)
Phillips Richard & Rind, PA
9360 SW 72 Street, Suite 283
Miami, Florida 33173
Tel.: (305) 412-8322
Fax: (305) 412-8299
mrichard@phillipsrichard.com
orind@phillipsrichard.com
cgornail@phillipsrichard.com
lpiva@phillipsrichard.com

Robert A. Siegel (*pro hac vice*)
Mark W. Robertson (*pro hac vice*)
Sloane Ackerman (*pro hac vice*)
Rachel S. Janger (*pro hac vice*)
O'Melveny & Myers LLP
7 Times Square
New York, New York 10036
Tel.: (212) 326-2000
Fax: (212) 326-2061
rsiegel@omm.com
mrobertson@omm.com
sackerman@omm.com
rjanger@omm.com

*Attorneys for Plaintiff American Airlines, Inc.*

*Attorneys for Defendants Transport Workers Union of America, AFL-CIO and Airline Mechanic and Related Employee Association TWU/IAM*

Jeffrey A. Bartos (*pro hac vice*)
Antonia Bird (*pro hac vice*)
Guerrieri Bartos & Roma PC
1900 M Street, NW, Suite 700
Washington DC 20036
Tel.: (202) 624-7400
Email: jbartos@geclaw.com

*Attorneys for Defendants International Association of Machinists & Aerospace Workers and Airline Mechanic and Related Employee Association TWU/IAM*

Respectfully submitted,

---

Sanford R. Denison (S.B. # 05655560)
Baab & Denison LLP
6301 Gaston Avenue, Suite 550
Dallas, Texas 75214
Tel.: (214) 637-0750
Fax: (214) 637-0730
denison@baabdenison.com

*Attorneys for Defendants*

---

Mark Richard (*pro hac vice*)
Osnat K. Rind (*pro hac vice*)
Christina S. Gornail (*pro hac vice*)
Lucia Piva (*pro hac vice*)
Phillips Richard & Rind, PA
9360 SW 72 Street, Suite 283
Miami, Florida 33173
Tel.: (305) 412-8322
Fax: (305) 412-8299
mrichard@phillipsrichard.com
orind@phillipsrichard.com
cgornail@phillipsrichard.com
lpiva@phillipsrichard.com

*Attorneys for Defendants Transport Workers Union of America, AFL-CIO and Airline Mechanic and Related Employee Association TWU/IAM*

---

Jeffrey A. Bartos (*pro hac vice*)
Antonia Bird (*pro hac vice*)
Guerrieri Bartos & Roma PC
1900 M Street, NW, Suite 700
Washington DC 20036
Tel.: (202) 624-7400
Email: jbartos@geclaw.com

*Attorneys for Defendants International Association of Machinists & Aerospace Workers and Airline Mechanic and Related Employee Association TWU/IAM*

---

Dee J. Kelly, Jr. (S.B. # 11217250)
Lars L. Berg (S.B. # 00787072)
Elizabeth A. Cuneo (S.B. # 24100166)
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Tel.: (817) 332-2500
Fax: (817) 878-9280
dee.kelly.2@kellyhart.com
lars.berg@kellyhart.com
elizabeth.cuneo@kellyhart.com

/s/ Robert A. Siegel

Robert A. Siegel (*pro hac vice*)
Mark W. Robertson (*pro hac vice*)
Sloane Ackerman (*pro hac vice*)
Rachel S. Janger (*pro hac vice*)
O'Melveny & Myers LLP
7 Times Square
New York, New York 10036
Tel.: (212) 326-2000
Fax: (212) 326-2061
rsiegel@omm.com
mrobertson@omm.com
sackerman@omm.com
rjanger@omm.com

*Attorneys for Plaintiff American Airlines, Inc.*

Respectfully submitted,

Sanford R. Denison (S.B. # 05655560)
Baab & Denison LLP
6301 Gaston Avenue, Suite 550
Dallas, Texas 75214
Tel.: (214) 637-0750
Fax: (214) 637-0730
denison@baabdenison.com

*Attorneys for Defendants*

Mark Richard (*pro hac vice*)
Osnat K. Rind (*pro hac vice*)
Christina S. Gornail (*pro hac vice*)
Lucia Piva (*pro hac vice*)
Phillips Richard & Rind, PA
9360 SW 72 Street, Suite 283
Miami, Florida 33173
Tel.: (305) 412-8322
Fax: (305) 412-8299
mrichard@phillipsrichard.com
orind@phillipsrichard.com
cgornail@phillipsrichard.com
lpiva@phillipsrichard.com

*Attorneys for Defendants Transport Workers Union of America, AFL-CIO and Airline Mechanic and Related Employee Association TWU/IAM*

/s/ J— A—

Jeffrey A. Bartos (*pro hac vice*)
Antonia Bird (*pro hac vice*)
Guerrieri Bartos & Roma PC
1900 M Street, NW, Suite 700
Washington DC 20036
Tel.: (202) 624-7400
Email: jbartos@geclaw.com

*Attorneys for Defendants International Association of Machinists & Aerospace Workers and Airline Mechanic and Related Employee Association TWU/IAM*

Dee J. Kelly, Jr. (S.B. # 11217250)
Lars L. Berg (S.B. # 00787072)
Elizabeth A. Cuneo (S.B. # 24100166)
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Tel.: (817) 332-2500
Fax: (817) 878-9280
dee.kelly.2@kellyhart.com
lars.berg@kellyhart.com
elizabeth.cuneo@kellyhart.com

Robert A. Siegel (*pro hac vice*)
Mark W. Robertson (*pro hac vice*)
Sloane Ackerman (*pro hac vice*)
Rachel S. Janger (*pro hac vice*)
O'Melveny & Myers LLP
7 Times Square
New York, New York 10036
Tel.: (212) 326-2000
Fax: (212) 326-2061
rsiegel@omm.com
mrobertson@omm.com
sackerman@omm.com
rjanger@omm.com

*Attorneys for Plaintiff American Airlines, Inc.*

Respectfully submitted,

*Sanford R. Denison* (signature)

Sanford R. Denison (S.B. # 05655560)
Baab & Denison LLP
6301 Gaston Avenue, Suite 550
Dallas, Texas 75214
Tel.: (214) 637-0750
Fax: (214) 637-0730
denison@baabdenison.com

*Attorneys for Defendants*

Dee J. Kelly, Jr. (S.B. # 11217250)
Lars L. Berg (S.B. # 00787072)
Elizabeth A. Cuneo (S.B. # 24100166)
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Tel.: (817) 332-2500
Fax: (817) 878-9280
dee.kelly.2@kellyhart.com
lars.berg@kellyhart.com
elizabeth.cuneo@kellyhart.com

Mark Richard (*pro hac vice*)
Osnat K. Rind (*pro hac vice*)
Christina S. Gornail (*pro hac vice*)
Lucia Piva (*pro hac vice*)
Phillips Richard & Rind, PA
9360 SW 72 Street, Suite 283
Miami, Florida 33173
Tel.: (305) 412-8322
Fax: (305) 412-8299
mrichard@phillipsrichard.com
orind@phillipsrichard.com
cgornail@phillipsrichard.com
lpiva@phillipsrichard.com

*Attorneys for Defendants Transport Workers Union of America, AFL-CIO and Airline Mechanic and Related Employee Association TWU/IAM*

Robert A. Siegel (*pro hac vice*)
Mark W. Robertson (*pro hac vice*)
Sloane Ackerman (*pro hac vice*)
Rachel S. Janger (*pro hac vice*)
O'Melveny & Myers LLP
7 Times Square
New York, New York 10036
Tel.: (212) 326-2000
Fax: (212) 326-2061
rsiegel@omm.com
mrobertson@omm.com
sackerman@omm.com
rjanger@omm.com

*Attorneys for Plaintiff American Airlines, Inc.*

Jeffrey A. Bartos (*pro hac vice*)
Antonia Bird (*pro hac vice*)
Guerrieri Bartos & Roma PC
1900 M Street, NW, Suite 700
Washington DC 20036
Tel.: (202) 624-7400
Email: jbartos@geclaw.com

*Attorneys for Defendants International Association of Machinists & Aerospace Workers and Airline Mechanic and Related Employee Association TWU/IAM*

Respectfully submitted,

---

Sanford R. Denison (S.B. # 05655560)
Baab & Denison LLP
6301 Gaston Avenue, Suite 550
Dallas, Texas 75214
Tel.: (214) 637-0750
Fax: (214) 637-0730
denison@baabdenison.com

*Attorneys for Defendants*

---

Mark Richard (*pro hac vice*)
Osnat K. Rind (*pro hac vice*)
Christina S. Gornail (*pro hac vice*)
Lucia Piva (*pro hac vice*)
Phillips Richard & Rind, PA
9360 SW 72 Street, Suite 283
Miami, Florida 33173
Tel.: (305) 412-8322
Fax: (305) 412-8299
mrichard@phillipsrichard.com
orind@phillipsrichard.com
cgornail@phillipsrichard.com
lpiva@phillipsrichard.com

*Attorneys for Defendants Transport Workers Union of America, AFL-CIO and Airline Mechanic and Related Employee Association TWU/IAM*

---

Jeffrey A. Bartos (*pro hac vice*)
Antonia Bird (*pro hac vice*)
Guerrieri Bartos & Roma PC
1900 M Street, NW, Suite 700
Washington DC 20036
Tel.: (202) 624-7400
Email: jbartos@geclaw.com

*Attorneys for Defendants International Association of Machinists & Aerospace Workers and Airline Mechanic and Related Employee Association TWU/IAM*

---

Dee J. Kelly, Jr. (S.B. # 11217250)
Lars L. Berg (S.B. # 00787072)
Elizabeth A. Cuneo (S.B. # 24100166)
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Tel.: (817) 332-2500
Fax: (817) 878-9280
dee.kelly.2@kellyhart.com
lars.berg@kellyhart.com
elizabeth.cuneo@kellyhart.com

---

Robert A. Siegel (*pro hac vice*)
Mark W. Robertson (*pro hac vice*)
Sloane Ackerman (*pro hac vice*)
Rachel S. Janger (*pro hac vice*)
O'Melveny & Myers LLP
7 Times Square
New York, New York 10036
Tel.: (212) 326-2000
Fax: (212) 326-2061
rsiegel@omm.com
mrobertson@omm.com
sackerman@omm.com
rjanger@omm.com

*Attorneys for Plaintiff American Airlines, Inc.*

## CERTIFICATE OF SERVICE

I certify that on June 14, 2019, a true and correct copy of the foregoing document was served upon all persons who have requested notice and service of pleadings in this case via the Court's ECF system.

_____
Dee J. Kelly, Jr.