IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 1 8 2019

CLERK, U.S. DISTRICT COURT
By _____
Deputy

American Airlines, Inc.,                   )
                                           )
        Plaintiff,                         )
                                           )
v.                                         )      Civil Action No. 4:19-CV-00414-A
                                           )
Transport Workers Union of                 )
America, AFL-CIO, International             )
Association of Machinists and              )
Aerospace Workers, and Airline             )
Mechanic and Related Employee              )
Association TWU/IAM                         )
                                           )
        Defendants.                        )
                                           )

## DECLARATION OF TIMOTHY KLIMA

1.      I am employed by the International Association of Machinists and Aerospace

Workers, AFL-CIO ("IAM"), where I currently serve as Airline Coordinator for the IAM's

Transportation Department.  My responsibilities include oversight of the collective bargaining

activities conducted by our intermediate level District Lodges and their affiliated locals.  I report

to IAM General Vice President Pantoja and his Chief of Staff.  I am assigned the negotiations

between the Airline Mechanic and Related Employee Association TWU/IAM and American

Airlines.  I make this declaration based on my personal knowledge and records kept in the

normal course by the IAM.

2.      I submit this Declaration on behalf of the IAM and the Airline Mechanic and

Related Employee Association TWU/IAM ("Association") to report to the Court the methods

used by the IAM and the Association to effect the notice required by the Temporary Restraining

1

Order issued by this Court on June 14, 2019 ("the TRO").  This Declaration does not address the steps taken by the Transport Workers Union of America ("TWU") to give notice to its members.

3.      The IAM received notice of the entry of the TRO at approximately 5:17 p.m. Central Time on Friday June 14, 2019.  The IAM immediately undertook to provide the notice required by that TRO and has taken and is continuing to take subsequent steps, as described herein.

**Website and Email Notices.**

4.      The Association communicates with American Airlines employees directly through its website, and indirectly through the two organizations which make up the Association – the IAM and defendant the Transport Workers Union of America ("TWU").

5.      At approximately 5:55 p.m. Central Time on June 14, 2019, the Association posted the TRO and the Notice attached as Exhibit 1 ("the Notice") on its website.  Titled "Notice of Court Order Requiring Immediate Compliance," this Notice advised members of the TRO and stated among other things:

> **"As called for in that Order, this is to advise all Association, IAM and TWU represented employees of American Airlines to resume normal working schedules and practices. No employee should engage in any concerted refusal to perform normal operations.**
>
> This Federal Court Order **requires** that the unions named above, and their members, agents, and employees must not engage in, encourage, or participate in any form of interference with American Airlines airline operations.
>
> In addition, union members **must not**
>
> · refuse to accept overtime or field trip requests as they would in the normal course;
>
> · fail to complete maintenance repairs as they would in the normal course;
>
> · slow down in the performance of their job duties; or

· take any other action intended to cause aircraft to be out of service (including specifically aircraft out of service at 7:00 a.m.) or otherwise cause flight delays or cancellations or interfere with American's operations.

In addition, **no one** shall threaten or intimidate any employee for accepting overtime or field trips or otherwise performing their job duties as they would in the normal course."

(emphasis in original).  A copy of the TRO as posted and discussed herein is attached as Exhibit 2.

6.      The Notice and TRO were sent via email to key representatives of the TWU and the IAM also at approximately 5:55 Central Time on June 14, 2019 with directions to "Please post above Notice with TRO on all sites and distribute to your email lists immediately." A second email was sent to the same group at 6:00 p.m. Central Time directing the recipients to "please also post on all bulletin boards." *See* Exhibits 3 and 4.

7.      The IAM communicates directly with its members through a website, and the Transportation Department also communicates through communications known as the "IAM Transportation Newswire." In addition, IAM affiliates District Lodges 141 and 142 have direct representational responsibility for IAM-represented American Airlines employees, and each have their own communications systems and websites. Union members can also sign up to receive notices through the Transportation Newswire, although they are not required to do so.

8.      At approximately 7:40 p.m. Central Time on June 14, 2019, the IAM posted the Notice, along with a link to the TRO, on the Transportation Department section of its website. *See* Exhibit 5.

9.      IAM District Lodge 142 is an intermediate level affiliate of the IAM with representational responsibility for IAM-represented Mechanic and Related Employees at American Airlines, posted the Notice on its website at 6:31 pm Central Time on June 14, 2019, and caused the Notice to be emailed to all members at American Airlines who had provided

email information to the District Lodge and requested email communications. Those emails, with the heading "NOTICE OF COURT ORDER REQUIRING IMMEDIATE COMPLIANCE" were delivered at approximately 6:50 p.m. on June 14, 2019. *See* Exhibits 6 and 7.

10.     IAM District Lodge 141 is an intermediate-level affiliate of the IAM with representational responsibility for IAM-represented Fleet Service Employees at American Airlines, among others.  At approximately 6:22 p.m. Central Time on June 14, 2019, District Lodge 141 also posted the Notice on its website and caused it to be emailed to all members at American Airlines who had provided email information to the District Lodge and requested email communications. The District Lodge 141 email likewise bore the subject line "NOTICE OF COURT ORDER REQUIRING IMMEDIATE COMPLIANCE". *See* Exhibits 8 and 9.

11.     One June 16, 2019 the IAM also sent an email containing links to the TRO and Notice, with the Subject line of "Notice of Court Order Requiring Immediate Compliance," via the Transportation Newswire to all union members who had opted for Transportation Newswire communications. *See* Exhibit 10.

12.     The Notice and TRO are also posted on the websites of the IAM Local Lodges with the most American Airlines Mechanic members, including those in Philadelphia and Pittsburgh, Pennsylvania and Charlotte, North Carolina, among others.

**Union Bulletin Boards**

13.     Under the IAM's collective bargaining agreement with American Airlines, the union has access to locked bulletin boards available at most locations where IAM-represented employees work.  Upon receipt of the TRO, the IAM took immediate steps to ensure that the Notice and TRO were posted on all IAM bulletin boards across the country as quickly as possible.

14.     As noted above, shortly after the TRO was issued the IAM emailed key TWU and IAM representatives to direct that the documents be posted on bulletin boards. In addition, the President Directing General Chairman of IAM District Lodge 142 (which represents a segment of the American Airlines Mechanics at issue in this litigation) emailed all of the District Lodge 142 General Chairman and local representatives at each IAM location at approximately 6:45 p.m. Central Time on June 14, 2019 directing them to "ensure that this bulletin, along with the attached court order, is posted on ALL union bulletin boards and placed in all shops on the property." *See* Exhibit 11.  It is my understanding from communications with District Lodge 141 and 142 that the Notice and TRO have been posted on union bulletin boards at all locations.

**Additional Notice and In-Person Communications.**

15.     In addition to the above, the IAM has undertaken to provide additional electronic, written and in-person notice of the TRO to its members working at American Airlines.  On June 17, 2019, the letter attached as Exhibit 12 hereto, signed by IAM General Vice President Pantoja was emailed to IAM representatives at American Airlines directing complete compliance with the TRO and reiterating the points made in the Notice.  This letter is being distributed as widely as possible to the IAM membership. *See* Exhibits 13, 14 and 15.

16.     Also on June 17, I personally directed the Presidents of IAM District Lodge 141 and 142 to immediately direct the elected Local committees at each American Airlines station to personally visit each station and personally advise members of the TRO and its terms and to comply therewith.  Exhibit 16 is an email from the President of District Lodge 142 to his staff

and local committees to have meetings on the shop floor on this day and to direct all members to comply with the TRO.

17.    I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of June 2019.

Timothy Klima

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause in accordance with Rule 5. Federal Rules of Civil Procedure  on this 18 day of June ,20 19

# The Association.

 THE TWU-IAM ASSOCIATION

**June 14, 2019**

## NOTICE OF COURT ORDER
## REQUIRING IMMEDIATE COMPLIANCE

On June 14, 2019, the United States District Court for the Northern District of Texas issued a Temporary Restraining Order applicable to the Transport Workers Union Of America, AFL-CIO, the International Association of Machinists and Aerospace Workers, AFL-CIO, and the Airlines Mechanic and Related Employee Association, TWU/IAM, and to all employees represented by the Association, the IAM or the TWU at American Airlines.  A copy of that Order is attached.

**As called for in that Order, this is to advise all Association, IAM and TWU represented employees of American Airlines to resume normal working schedules and practices.  No employee should engage in any concerted refusal to perform normal operations.**

This Federal Court Order **requires** that the unions named above, and their members, agents, and employees must not engage in, encourage, or participate in any form of interference with American Airlines airline operations.

In addition, union members **must not**

- refuse to accept overtime or field trip requests as they would in the normal course;

- fail to complete maintenance repairs as they would in the normal course;

- slow down in the performance of their job duties; or

- take any other action intended to cause aircraft to be out of service (including specifically aircraft out of service at 7:00 a.m.) or otherwise cause flight delays or cancellations or interfere with American's operations.

In addition, **no one** shall threaten or intimidate any employee for accepting overtime or field trips or otherwise performing their job duties as they would in the normal course.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

AMERICAN AIRLINES, INC.,

               Plaintiff,

v.

TRANSPORT WORKERS UNION OF
AMERICA, AFL-CIO, INTERNATIONAL
ASSOCIATION OF MACHINISTS AND
AEROSPACE WORKERS, and AIRLINE
MECHANIC AND RELATED EMPLOYEE
ASSOCIATION TWU/IAM,

               Defendants.

Civil Action No. 4:19-CV-00414-A

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
       FILED

     JUN 1 4 2019

CLERK, U.S. DISTRICT COURT
By_____
          Deputy
```

### TEMPORARY RESTRAINING ORDER

      THIS MATTER came before the Court on the Motion for a Temporary Restraining

Order filed by Plaintiff American Airlines, Inc. ("American"). After reviewing the motion

papers, the Court finds:

      1.     American seeks to restrain and enjoin the Transport Workers Union of America,

AFL-CIO ("TWU"), International Association of Machinists and Aerospace Workers ("IAM"),

and Airline Mechanic and Related Employee Association TWU/IAM ("Association"),

(collectively with TWU and IAM, the "Union"), which represent the mechanics and related

employees at American, and their members, agents, and employees, and all persons and

organizations acting by, in concert with, or through or under them, or by and through them or

their orders, including, but not limited to, their local unions, from calling, permitting, instigating,

authorizing, encouraging, participating in, approving, or continuing any form of interference

with American's airline operations in violation of Section 2, First of the Railway Labor Act, 45 U.S.C. § 151 *et seq.* ("RLA").

2.      American is a "common carrier by air" as defined in the Federal Aviation Act of 1958, and a "carrier" as defined by the RLA. The Association is the certified bargaining representative of the mechanics and related classification of employees at American. The Association has designated IAM and/or TWU and/or its or their affiliates to represent American's mechanics and related employees for contract administration and for other representation purposes at American's stations, bases or facilities.

3.      Based upon American's filings—including its Complaint, Motion for a Preliminary Injunction, Memorandum of Law in Support of Motion for a Preliminary Injunction, Appendix in Support of American's Motion for a Preliminary Injunction, Motion for TRO, Memorandum of Law in Support of Motion for TRO, and Appendix in Support of American's Motion for a TRO—a TRO is warranted because American is likely to succeed on the merits of its claims that the Union is violating Section 2, First of the RLA.

4.      As the Union concedes, a showing of irreparable injury is not required for issuance of an injunction for violation of Section 2, First of the RLA. (Defs.' Response in Opp. to Pl.'s Mot. for a Prelim. Injunction & Supporting Br. at 18 n.3); *see also Consol. Rail Corp. v. Ry. Labor Executives' Ass'n*, 491 U.S. 299, 303 (1989); *S. Ry. Co. v. Bhd. of Locomotive Firemen & Enginemen*, 337 F.2d 127, 133 (D.C. Cir. 1964); *United Air Lines, Inc. v. Int'l Ass'n of Machinist & Aerospace Workers, AFL-CIO*, 243 F.3d 349, 362-64 (7th Cir. 2001).

5.      Although an irreparable injury showing does not apply to injunctions under the RLA, additional and immediate, irreparable damage, injury, or loss will result to American before the scheduled trial on its request for a preliminary and/or permanent injunction can be

2

had.  In addition, large numbers of the traveling public are likely to be deprived of transportation

services, causing serious and substantial damage to the public interest.  In addition, it appears

that unless such activity is restrained, American will suffer immediate and irreparable damage in

the form of damage to its business reputation and customer goodwill, none of which may be

recoverable from the Union and much of which can never be recovered.

      6.     The Court further finds that if the TRO is issued, the injury, if any, to the Union if

final judgment be granted in their favor, will be inconsequential when compared with the loss

and hardship that American, its customers, and the public will suffer if the TRO is not issued

because the TRO merely requires the Union to satisfy its existing legal obligations, and,

furthermore, that any such injury suffered by the Union will be adequately indemnified by bond.

      THEREFORE, for the reasons stated on the record,

      IT IS ORDERED that the Union, and its members, agents, and employees, and all

persons and organizations acting by, in concert with, through or under it, or by and through it or

its orders, including, but not limited to, their affiliated and associated entities, and their local

unions, are enjoined from calling, permitting, instigating, authorizing, encouraging, participating

in, approving, or continuing any form of interference with American's airline operations,

including, but not limited to, any slowdown, work to rule campaign, or any other concerted

refusal to perform normal operations in violation of Section 2, First of the RLA.  By way of

further example, this includes, but is not limited to, refusing to accept overtime as they would in

the normal course, refusing to accept field trips as they would in the normal course, failing to

complete maintenance repairs as they would in the normal course, slowing down in the

performance of their job duties, and any other action intended to cause aircraft to be out of

service (and specifically to cause aircraft out of service at 7 a.m.) or otherwise to cause flight

delays or cancellations or interfere with American's operations, or threatening or intimidating any employee for accepting overtime or field trips or otherwise performing his or her job duties as he or she would in the normal course.

IT IS FURTHER ORDERED that the Union shall take all reasonable steps within its power to prevent the actions listed above, and to refrain from continuing such actions if commenced, including, but not limited to, the following:

a.   Instructing all employees represented by the Union and employed by American to resume their normal working schedules and practices, and providing American a copy of all such instructions;

b.   Notifying all employees represented by the Union and employed by American, by the most expeditious means possible, of the issuance, contents, and meaning of the TRO, and producing a copy of all such notices to American;

c.   Including in such notice a directive from the Union to their members employed by American not to engage in any concerted refusal to perform normal operations, including, but not limited to, any slowdown, work to rule campaign, or any other concerted refusal to perform normal operations, including, but not limited to, refusing to accept overtime as they would in the normal course, refusing to accept field trips as they would in the normal course, failing to complete maintenance repairs as they would in the normal course, slowing down in the performance of their job duties, and any other action intended to cause aircraft to be out of service (and specifically to cause aircraft out of service at 7 a.m.) or otherwise to result in flight delays or cancellations or interfere with American's operations or in any way threatening or intimidating any employee for accepting overtime or field trips

4

or otherwise performing his or her job duties as he or she would in the normal

course, to cease and desist all such activity, and to cease and desist all

exhortations or communications encouraging same upon pain of fine, suspension,

or other sanction by the Union;

d.     Posting the notice described above on the Union's websites and social media

accounts and providing American a copy of the notices; and

e.     Distributing the contents of such notice through all non-public communication

systems maintained by the Union, including any text message distribution lists, or

similar systems, and providing a copy of the notice to American.

IT IS FURTHER ORDERED that the Union is prohibited from including in such notices
(or distributing contemporaneously with such notices) any statements that its members might
interpret as suggesting they should continue to engage in the previously-described conduct
notwithstanding the TRO, including code words and:

a.     Any assertion that the TRO does not prohibit individual employees from making

voluntary decisions to engage in such actions; and

b.     Any explanation of circumstances in which it would be appropriate or necessary

for employees to engage in such actions prohibited by the TRO.


END OF PAGE 5


5

IT IS FURTHER ORDERED that the Union report to the Court by 10:00 a.m. on June 18,

2019, by sworn affidavit, the methods used by the Union to effect the notice described above to

all its members and furnish to the Court copies of all notices required to be furnished to

American by the Union under the TRO.

This TRO is issued on the condition that a bond be filed by American herein on or before

10:00 a.m. on June 17, 2019, in the sum of $50,000.00, and that the Union shall recover from

American under said bond all loss, expenses, damages, and costs, including reasonable attorneys'

fees in defense against this order, if any, suffered by them in the event that American does not

succeed in this action.

SO ORDERED at 5:00 o'clock p.m., this 14th day of June, 2019.


JOHN McBRYDE
United States District Judge

**Jeff Bartos**

**Subject:**      FW: Notice and TRO
**Attachments:**     Association Notice.docx; TRO.pdf

**From:** Rother Lawrence <lrother@iamaw.org>
**Sent:** Friday, June 14, 2019 6:55 PM
**To:** Mayes, Mike <mmayes@twu.org>; Rachael Ackerman <rackerman@iamdl142.org>; Regan Tom <tregan@iamaw.org>; Romano, Denise <dromano@twu.org>; Michael Klemm <mklemm@iam141.org>; Peterson, Gary <gpeterson@twu.org>; Avants, Karen <k-avants@twu.org>; 'dresutton@gmail.com' <dresutton@gmail.com>; David Supplee <dsupplee@iamdl142.org>; rachaelragno@yahoo.com
**Cc:** Klima Timothy <tklima@iamaw.org>; Carlson James <jcarlson@iamaw.org>; Tiberi Joseph <jtiberi@iamaw.org>
**Subject:** Notice and TRO

Please post above Notice along with the TRO on all sites and distribute to your email lists immediately.


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Notice: This message is intended for the addressee only and may contain privileged and/or confidential information. Use or dissemination by anyone other than the intended recipient is strictly prohibited.


---------------------------------------------------------------------------------------------------

**Jeff Bartos**

| | |
|---|---|
| **From:** | Rother Lawrence <lrother@iamaw.org> |
| **Sent:** | Friday, June 14, 2019 7:01 PM |
| **To:** | Mayes, Mike; Rachael Ackerman; Regan Tom; Romano, Denise; Michael Klemm; Peterson, Gary; Avants, Karen; 'dresutton@gmail.com'; David Supplee; rachaelragno@yahoo.com; Klima Timothy |
| **Subject:** | Please also post on all bulletin boards. |



WWW CENTER       IAM PENSION       TCU UNION       NFFE

RNATIONAL ASSOCIATION   SEARCH
HINISTS AND AEROSPACE
RKERS

HOME        JOIN        ABOUT        NEWS        SUBSCRIBE TO IMAIL
                                                 DEPARTMENTS

        TERRITORIES        RESOURCES        MNPL

< Back to Transportation

# TWU-IAM Association Notice

TRANSPORTATION        June 14, 2019

    

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.   OK

# The Association.



## THE TWU-IAM ASSOCIATION

June 14, 2019

## NOTICE OF COURT ORDER
## REQUIRING IMMEDIATE COMPLIANCE

On June 14, 2019, the United States District Court for the Northern District of Texas issued a Temporary Restraining Order applicable to the Transport Workers Union Of America, AFL-CIO, the International Association of Machinists and Aerospace Workers, AFL-CIO, and the Airlines Mechanic and Related Employee Association, TWU/IAM, and to all employees represented by the Association, the IAM or the TWU at American Airlines.  A copy of that Order is attached.

**As called for in that Order, this is to advise all Association, IAM and TWU represented employees of American Airlines to resume normal working schedules and practices.  No employee should engage in any concerted refusal to perform normal operations.**

This Federal Court Order **requires** that the unions named above, and their members, agents, and employees must not engage in, encourage, or participate in any form of interference with American Airlines airline operations.

In addition, union members **must not**

- refuse to accept overtime or field trip requests as they would in the normal course;

- fail to complete maintenance repairs as they would in the normal course;

- slow down in the performance of their job duties; or

- take any other action intended to cause aircraft to be out of service (including specifically aircraft out of service at 7:00 a.m.) or otherwise cause flight delays or cancellations or interfere with American's operations.

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.   [ OK ]

# NOTICE OF COURT ORDER REQUIRING IMMEDIATE COMPLIANCE

📅 June 14, 2019

On June 14, 2019, the United States District Court for the Northern District of Texas issued a Temporary Restraining Order applicable to the Transport Workers Union Of America, AFL-CIO, the International Association of Machinists and Aerospace Workers, AFL-CIO, and the Airlines Mechanic and Related Employee Association, TWU/IAM, and to all employees represented by the Association, the IAM or the TWU at American Airlines.  A copy of that Order is attached.

**As called for in that Order, this is to advise all Association, IAM and TWU represented employees of American Airlines to resume normal working schedules and practices.  No employee should engage in any concerted refusal to perform normal operations.**

This Federal Court Order **requires** that the unions named above, and their members, agents, and employees must not engage in, encourage, or participate in any form of interference with American Airlines airline operations.

In addition, union members **must not**

- refuse to accept overtime or field trip requests as they would in the normal course;
- fail to complete maintenance repairs as they would in the normal course;
- slow down in the performance of their job duties; or
- take any other action intended to cause aircraft to be out of service (including specifically aircraft out of service at 7:00 a.m.) or otherwise cause flight delays or cancellations or interfere with American's operations.

In addition, **no one** shall threaten or intimidate any employee for accepting overtime or field trips or otherwise performing their job duties as they would in the normal course.

## <u>Temporary Restraining Order</u>

## <u>Please Post On All Bulletin Boards</u>

Share this:

🖨 Print    ✉ Email    Share 54    Tweet    ⤴ More

**Jeff Bartos**

| | |
|---|---|
| **From:** | Klima Timothy <tklima@iamaw.org> |
| **Sent:** | Friday, June 14, 2019 8:30 PM |
| **To:** | Jeff Bartos |
| **Subject:** | Fwd: NOTICE OF COURT ORDER  REQUIRING IMMEDIATE COMPLIANCE |

Timothy J. Klima
Office (301) 967-4558
Cell (612) 804-4465

Begin forwarded message:

> **From:** Air Transport District 142 <rackerman@iamdl142.org>
> **Date:** June 14, 2019 at 7:51:17 PM EDT
> **To:** tklima@iamaw.org
> **Subject: NOTICE OF COURT ORDER  REQUIRING IMMEDIATE COMPLIANCE**
> **Reply-To:** rackerman@iamdl142.org



On June 14, 2019, the United States District Court for the Northern District of Texas issued a Temporary Restraining Order applicable to the Transport Workers Union Of America, AFL-CIO, the International Association of Machinists and Aerospace Workers, AFL-CIO, and the Airlines Mechanic and Related Employee Association, TWU/IAM, and to all employees represented by the Association, the IAM or the TWU at American Airlines.  A copy of that Order is attached.

**As called for in that Order, this is to advise all Association, IAM and TWU represented employees of American Airlines to resume normal working schedules and practices.  No employee should engage in any concerted refusal to perform normal operations.**

This Federal Court Order **requires** that the unions named above, and their members, agents, and employees must not engage in, encourage, or participate in any form of interference with American Airlines airline operations.

In addition, union members **must not**

- refuse to accept overtime or field trip requests as they would in the normal course;
- fail to complete maintenance repairs as they would in the normal course;
- slow down in the performance of their job duties; or
- take any other action intended to cause aircraft to be out of service (including specifically aircraft out of service at 7:00 a.m.) or otherwise cause flight delays or cancellations or interfere with American's operations.

In addition, **no one** shall threaten or intimidate any employee for accepting overtime or field trips or otherwise performing their job duties as they would in the normal course.

## Temporary Restraining Order

## Please Post On All Bulletin Boards

IAM DISTRICT LODGE 142 | KANSAS CITY, MO |





IAMAW District Lodge 141

UNITED   American Airlines   HAWAIIAN   Philippine Airlines   spirit

HOME    ⌄ NEWS    ⌄ CONTRACTS    ⌄ DEPARTMENTS    ⌄ CONTACT US

⌄ MORE

# The Association.



THE TWU-IAM ASSOCIATION

# NOTICE OF COURT ORDER REQUIRING IMMEDIATE COMPLIANCE

🕐 *14 Jun 2019*

On June 14, 2019, the United States District Court for the Northern District of Texas issued a Temporary Restraining Order applicable to the Transport Workers Union Of America, AFL-CIO, the International Association of Machinists and Aerospace Workers, AFL-CIO, and the Airlines Mechanic and Related Employee Association, TWU/IAM, and to all employees represented by the Association, the IAM or the TWU at American Airlines. A copy of that Order is attached.

**As called for in that Order, this is to advise all Association, IAM and TWU represented employees of American Airlines to resume normal**

**working rules and practices, or employees should engage in a concerted refusal to perform normal operations.**

This Federal Court Order requires that the unions named above, and their members, agents, and employees must not engage in, encourage, or participate in any form of interference with American Airlines airline operations.

In addition, union members **must not**

- refuse to accept overtime or field trip requests as they would in the normal course;
- fail to complete maintenance repairs as they would in the normal course;
- slow down in the performance of their job duties; or
- take any other action intended to cause aircraft to be out of service (including specifically aircraft out of service at 7:00 a.m.) or otherwise cause flight delays or cancellations or interfere with American's operations.

In addition, no one shall threaten or intimidate any employee for accepting overtime or field trips or otherwise performing their job duties as they would in the normal course.

**Jeff Bartos**

| | |
|---|---|
| **From:** | IAM141 Communications <info@iam141.org> |
| **Sent:** | Friday, June 14, 2019 7:23 PM |
| **To:** | Klima Timothy |
| **Subject:** | NOTICE OF COURT ORDER REQUIRING IMMEDIATE COMPLIANCE |

 The Association, The TWU-IAM Association 

## NOTICE OF COURT ORDER REQUIRING IMMEDIATE COMPLIANCE

### June 14, 2019

On June 14, 2019, the United States District Court for the Northern District of Texas issued a Temporary Restraining Order applicable to the Transport Workers Union Of America, AFL-CIO, the International Association of Machinists and Aerospace Workers, AFL-CIO, and the Airlines Mechanic and Related Employee Association, TWU/IAM, and to all employees represented by the Association, the IAM or the TWU at American Airlines. A copy of that Order is attached.

**As called for in that Order, this is to advise all Association, IAM and TWU represented employees of American Airlines to resume normal working schedules and practices. No employee should engage in any concerted refusal to perform normal operations.**

This Federal Court Order requires that the unions named above, and their members, agents, and employees must not engage in, encourage, or participate in any form of interference with American Airlines airline operations.

In addition, union members **must not**

- refuse to accept overtime or field trip requests as they would in the normal course;
- fail to complete maintenance repairs as they would in the normal course;
- slow down in the performance of their job duties; or
- take any other action intended to cause aircraft to be out of service (including specifically aircraft out of service at 7:00 a.m.) or otherwise cause flight delays or cancellations or interfere with American's operations.

In addition, no one shall threaten or intimidate any employee for accepting overtime or field trips or otherwise performing their job duties as they would in the normal course.

Download TRO ›

Download PDF ›

View Online ›

Join the conversation  

SHOP STEWARDS SAVE JOBS
Find out how you can be there when it counts. Contact your grievance committee today.

© 2017 IAMAW District 141 All rights reserved.

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.

To ensure email delivery, add info@iam141.org to your address book, contacts, or safe sender list.

**Jeff Bartos**

**Subject:**                    FW: Notice of Court Order Requiring Immediate Compliance

**From:** IAM Transportation Newswire <transport@iamaw.org>
**Date:** June 16, 2019 at 6:46:24 PM EDT
**To:** spantoja@iamaw.org
**Subject: Notice of Court Order Requiring Immediate Compliance**
**Reply-To:** transport@iamaw.org



# Notice of Court Order Requiring Immediate Compliance

## June 16, 2019

Dear Sito,

*Click here for PDF copy of Notice*

*Click here for PDF copy of TRO*

1



IAMAW | 9000 Machinists Place, Upper Marlboro, MD 20772

Unsubscribe spantoja@iamaw.org

Update Profile | About our service provider

Sent by transport@iamaw.org

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Notice: This message is intended for the addressee only and may contain privileged and/or confidential information. Use or dissemination by anyone other than the intended recipient is strictly prohibited.

----------------------------------------------------------------------------------------------------

2

**Jeff Bartos**

| | |
|---|---|
| **From:** | David Supplee <dsupplee@iamdl142.org> |
| **Sent:** | Friday, June 14, 2019 7:44 PM |
| **To:** | Bill Wise; David Figueira; John Coveny; Randy Griffith; Sean Ryan; Al Melendez - LAS; Bennie Martino - PHL; Boris Kochanoff - PHX; Brian Szolodko - MCO; Dan Skibinski - SEA; David Cain DFW MOC; Doug Joyce - ATL; Ellen Bruck - LAX; Ernie Fritz PIT; Frank Gambino - PHL; Gary Toth - FLL; George Robinson-DCA; Gerry Wright - PHL; Ivan Stewart ORD; Jacob Richardson - DFW; Jeff James - PHX; John Bidoglio; Ken Coley - CLT; Kenny Geis - CLT; Mark Ball PIT; Mark Roldan - FLL; Michael Jones - CLT; Mike Cicconi - PIT; Mike Weinert - TPA; Mitch Worthington; Patrick Hamilton - LAS; Paul Catron - DCA; Priince Isaac - DFW; Rich Spolar MCO; Richard Corona - ELP; Rod Sarvey DFW MOC; Sandra Niedermair - PHL; Stanley Mark - SFO; Steve Teike ORD; Ted Lawler - ORD; Terence Irby -DFW; Terrell Thomas - SFO; Tim O'Connell - BOS; Tom Helman - SEA; Tony Petrosillo - BOS; Tony Serba - MCO; Tony Sirigos - LGA; William Theodore - TPA |
| **Cc:** | Tiberi Joseph; Klima Timothy; Jeff Bartos |
| **Subject:** | NOTICE OF COURT ORDER |
| **Attachments:** | TRO.pdf; TRO Bulletin.pdf |

All General and Local Chairs – please ensure this bulletin, along with attached court order, is posted on ALL union bulletin boards and placed in all shops on the property. Also, please ensure all locals, which have websites, post this notice on their websites and distribute to your local membership by your normal communications processes. This bulletin and court order has been placed on the District website and emailed to the members who have signed up for our email blasts.

Thank you!

David Supplee
President/Directing General Chair
Air Transport District 142, IAMAW
400 NE 32nd St.
Kansas City, MO 64116
(816) 452-6646 office
(816) 455-4793 fax
(727) 415-6628 cell

ALL-STATE® LEGAL   800-222-0510   (D11)   RECYCLED



**International
Association of
Machinists and
Aerospace Workers**

9000 Machinists Place
Upper Marlboro, MD 20772-2687

Area Code 301
967-4500

Office of the General Vice President

June 17, 2019

Subj:   Compliance With Federal Court Order

## TO ALL IAM REPRESENTATIVES AT AMERICAN AIRLINES

As you have been previously advised, on June 14, 2019 the United States District Court for the Northern District of Texas issued a Temporary Restraining Order requiring the TWU, the IAM, the TWU-IAM Association, the local unions that represent employees at American Airlines, and their members, to resume normal working schedules and practices. The Order requires that no employee should engage in any concerted refusal to perform normal operations.

Each of you should read the full text of the Order, which has been posted on bulletin boards and online. Most importantly, it must be emphasized that compliance with the Court's Order is absolutely required.

The Federal Court Order forbids the TWU, the IAM and the Association, their members, agents, and employees from engaging in, encouraging, or participating in any form of interference with American Airlines airline operations.

In addition, union members shall not:

• Refuse to accept overtime or field trip requests as they would in the normal course; • Fail to complete maintenance repairs as they would in the normal course; • Slowdown in the performance of their job duties; or • Take any other action intended to cause aircraft to be out of service (including specifically aircraft out of service at 7:00 a.m.) or otherwise cause flight delays or cancellations or interfere with American's operations.

No one shall threaten or intimidate any employee for accepting overtime or field trips or otherwise performing their job duties as they would in the normal course.

This document together with the previously furnished bulletin and Court Order must be posted on bulletin boards and to the fullest extent possible, distributed to the membership.

In Solidarity,

Sito Pantoja
GENERAL VICE PRESIDENT

**Jeff Bartos**

| | |
|---|---|
| **From:** | David Supplee <dsupplee@iamdl142.org> |
| **Sent:** | Monday, June 17, 2019 10:44 AM |
| **To:** | Bill Wise; David Figueira; John Coveny; Randy Griffith; Sean Ryan; Al Melendez - LAS; Bennie Martino - PHL; Boris Kochanoff - PHX; Brian Szolodko - MCO; Dan Skibinski - SEA; David Cain DFW MOC; Doug Joyce - ATL; Ellen Bruck - LAX; Ernie Fritz PIT; Frank Gambino - PHL; Gary Toth - FLL; George Robinson-DCA; Gerry Wright - PHL; Ivan Stewart ORD; Jacob Richardson - DFW; Jeff James - PHX; John Bidoglio; Ken Coley - CLT; Kenny Geis - CLT; Mark Ball PIT; Mark Roldan - FLL; Michael Jones - CLT; Mike Cicconi - PIT; Mike Weinert - TPA; Mitch Worthington; Patrick Hamilton - LAS; Paul Catron - DCA; Priince Isaac - DFW; Rich Spolar MCO; Richard Corona - ELP; Rod Sarvey DFW MOC; Sandra Niedermair - PHL; Stanley Mark - SFO; Steve Teike ORD; Ted Lawler - ORD; Terence Irby -DFW; Terrell Thomas - SFO; Tim O'Connell - BOS; Tom Helman - SEA; Tony Petrosillo - BOS; Tony Serba - MCO; Tony Sirigos - LGA; William Theodore - TPA |
| **Subject:** | Compliance |
| **Attachments:** | Compliance with TRO 6-17-2019.pdf |

To all – this cannot be emphasized enough – **WE MUST COMPLY** with the TRO!!! No reading between the lines, no hidden messages, **WE MUST COMPLY**!!! Please – ensure ALL your members in all your shops have received this message.

David Supplee
President/Directing General Chair
Air Transport District 142, IAMAW
400 NE 32nd St.
Kansas City, MO 64116
(816) 452-6646 office
(816) 455-4793 fax
(727) 415-6628 cell

**Jeff Bartos**

| | |
|---|---|
| **From:** | Air Transport District 142 <david@iamdl142.ccsend.com> on behalf of Air Transport District 142 <dl142communicator@iamdl142.org> |
| **Sent:** | Monday, June 17, 2019 11:19 AM |
| **To:** | Klima Timothy |
| **Subject:** | AA - Compliance With Federal Court Order |

AA - Compliance With Federal Court Order



International
Association of
Machinists and
Aerospace Workers

9000 Machinists Place
Upper Marlboro, MD 20772-2687

Area Code 301
967-4500

Office of the General Vice President

June 17, 2019

Subj:  Compliance With Federal Court Order

**TO ALL IAM REPRESENTATIVES AT AMERICAN AIRLINES**

As you have been previously advised, on June 14, 2019 the United States District Court for the Northern District of Texas issued a Temporary Restraining Order requiring the TWU, the IAM, the TWU-IAM Association, the local unions that represent employees at American Airlines, and their members, to resume normal working schedules and practices. The Order requires that no employee should engage in any concerted refusal to perform normal operations.

Each of you should read the full text of the Order, which has been posted on bulletin boards and online. Most importantly, it must be emphasized that compliance with the Court's Order is absolutely required.

The Federal Court Order forbids the TWU, the IAM and the Association, their members, agents, and employees from engaging in, encouraging, or participating in any form of interference with American Airlines airline operations.

In addition, union members shall not:

• Refuse to accept overtime or field trip requests as they would in the normal course; • Fail to complete maintenance repairs as they would in the normal course; • Slowdown in the performance of their job duties; or • Take any other action intended to cause aircraft to be out of service (including specifically aircraft out of service at 7:00 a.m.) or otherwise cause flight delays or cancellations or interfere with American's operations.

No one shall threaten or intimidate any employee for accepting overtime or field trips or otherwise performing their job duties as they would in the normal course.

This document together with the previously furnished bulletin and Court Order must be posted on bulletin boards and to the fullest extent possible, distributed to the membership.

In Solidarity,

Sito Pantoja
GENERAL VICE PRESIDENT

Click here for PDF
IAM DISTRICT LODGE 142 | KANSAS CITY, MO | IAMDL142.org

STAY CONNECTED:





IAMAW District Lodge 141

UNITED   American Airlines   HAWAIIAN   Philippine Airlines   spirit

HOME     ∨ NEWS     ∨ CONTRACTS     ∨ DEPARTMENTS     ∨ CONTACT US

∨ MORE

# The Association.



THE TWU-IAM ASSOCIATION

# TO ALL IAM REPRESENTATIVES AT AMERICAN AIRLINES

🕐 *17 Jun 2019*



International
Association of
Machinists and
Aerospace Workers

9000 Machinists Place
Upper Marlboro, MD 20772-2687

Area Code 301
967-4500

Office of the General Vice President

June 17, 2019

Subj: Compliance With Federal Court Order

**TO ALL IAM REPRESENTATIVES AT AMERICAN AIRLINES**

As you have been previously advised, on June 14, 2019 the United States District Court for the Northern District of Texas issued a Temporary Restraining Order requiring the TWU, the IAM, the TWU-IAM Association, the local unions that represent employees at American Airlines, and their members, to resume normal working schedules and practices. The Order requires that no employee should engage in any concerted refusal to perform normal operations.

Each of you should read the full text of the Order, which has been posted on bulletin boards and online. Most importantly, it must be emphasized that compliance with the Court's Order is absolutely required.

The Federal Court Order forbids the TWU, the IAM and the Association, their members, agents, and employees from engaging in, encouraging, or participating in any form of interference with American Airlines airline operations.

In addition, union members shall not:

• Refuse to accept overtime or field trip requests as they would in the normal course; • Fail to complete maintenance repairs as they would in the normal course; • Slowdown in the performance of their job duties; or • Take any other action intended to cause aircraft to be out of service (including specifically aircraft out of service at 7:00 a.m.) or otherwise cause flight delays or cancellations or interfere with American's operations.

No one shall threaten or intimidate any employee for accepting overtime or field trips or otherwise performing their job duties as they would in the normal course.

This document together with the previously furnished bulletin and Court Order must be posted on bulletin boards and to the fullest extent possible, distributed to the membership.

In Solidarity,

Sito Pantoja
GENERAL VICE PRESIDENT

# TO ALL IAM REPRESENTATIVES AT AMERICAN AIRLINES

Download PDF

Please Post on Bulletin Boards

| | |
|---|---|
| **From:** | David Supplee |
| **To:** | Bill Wise; David Figueira; John Coveny; Randy Griffith; Sean Ryan; Al Melendez - LAS; Bennie Martino - PHL; Boris Kochanoff - PHX; Brian Szolodko - MCO; Dan Skibinski - SEA; David Cain DFW MOC; Doug Joyce - ATL; Ellen Bruck - LAX; Ernie Fritz PIT; Frank Gambino - PHL; Gary Toth - FLL; George Robinson-DCA; Gerry Wright - PHL; Ivan Stewart ORD; Jacob Richardson - DFW; Jeff James - PHX; John Bidoglio; Ken Coley - CLT; Kenny Geis - CLT; Mark Ball PIT; Mark Roldan - FLL; Michael Jones - CLT; Mike Cicconi - PIT; Mike Weinert - TPA; MItch Worthington; Patrick Hamilton - LAS; Paul Catron - DCA; Priince Isaac - DFW; Rich Spolar MCO; Richard Corona - ELP; Rod Sarvey DFW MOC; Sandra Niedermair - PHL; Stanley Mark - SFO; Steve Teike ORD; Ted Lawler - ORD; Terence Irby -DFW; Terrell Thomas - SFO; Tim O"Connell - BOS; Tom Helman - SEA; Tony Petrosillo - BOS; Tony Serba - MCO; Tony Sirigos - LGA; William Theodore - TPA |
| **Subject:** | TRO |
| **Attachments:** | TRO Bulletin.pdf<br>TRO.PDF |
| **Importance:** | High |

To all Local committees and stewards – I am requiring each committee to have meetings on the floor TODAY to make sure all our members understand we are under a court order and each member is required to comply with this order. I need a confirmation from each station that tells me when these meetings were held. I understand some of you may be on midnights, but I need this done as soon as you do get to work. Please ensure each shift is advised. No hidden message here – the bulletin is very explicit in what is expected. I need your reply before tomorrow morning!

Thank you!

David Supplee
President/Directing General Chair
Air Transport District 142, IAMAW
400 NE 32nd St.
Kansas City, MO 64116
(816) 452-6646 office
(816) 455-4793 fax
(727) 415-6628 cell