**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**June 18, 2019**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

## MINUTE ORDER - PRETRIAL CONFERENCE

JUDGE : McBryde
LAW CLERK: Joseph Kessler
COURT REPORTER: Debbie Saenz

---

Case No.: 4:19-CV-414-A

American Airlines, Inc. v. Transport Workers of America, AFL-CIO, et al.

Date Held: June 18, 2019          Time: 9:57 a.m. - 10:37 a.m. (40 minutes)

---

Counsel for plaintiff: Lars Berg, Elizabeth Cuneo, Robert Siegel, Mark Robertson

Counsel for defendants Transport Workers of America, AFL-CIO ("TWU") and the Airline Mechanic and Related Employee Association TWU/IAM (the "Association"): Jeffrey Bartos

Counsel for defendants International Association of Machinists and Aerospace Workers and the Association: Mark Richard

Local counsel for all defendants: Sanford Denison

Corporate representative for TWU: Gary Peterson

---

Pre-trial conference.

Issues pertaining to trial discussed.

Each party ordered to file by 4:00 p.m. on June 24, 2019 brief on contested issues of law listed in pp. 19-20, ¶¶ 2-5 of Joint Pre-Trial Order.

Deadline to file proposed findings of fact and conclusions of law extended to 4:00 p.m. on June 24, 2019.

Trial reset to commence at 9:00 a.m. on July 1, 2019.

Conference concluded.