IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:19-CV-414-A |
| | § | |
| TRANSPORT WORKERS UNION OF | § | |
| AMERICA, AFL-CIO, ET AL., | § | |
| | § | |
| Defendants. | § | |

ORDER

After having reviewed and considered the motion to reconsider filed by defendants on July 15, 2019, and the response thereto of plaintiff, American Airlines, Inc., the court received on the date of the signing of this order, the court has concluded that defendants' motion should be denied.

The purpose of the court's modification of the temporary restraining order was to seek to ensure that defendants complied with the obligations they have under the Railway Labor Act, which imposes on them the duty to exert every reasonable effort to end their members' unlawful concerted activities. Defendants have expressed concern that if they take actions contemplated by the modification of the temporary restraining order, they will cause their members to take actions that could adversely affect the safety of the traveling public. However, they have provided nothing in support of that position that would cause the court to

believe that the members of defendants do not have good enough judgment to know when they are doing something that would adversely affect the traveling public, as distinguished from taking actions to resume in an appropriate manner their normal work activities. The court is satisfied that the modifications in the temporary restraining order are appropriate, and will help to ensure that defendants and their members avoid any interruption to commerce or of the operation of American Airlines, Inc., growing out of any dispute between the carrier and its employees. Therefore,

The court ORDERS that defendants' motion be, and is hereby, denied.

SIGNED July 16, 2019.

JOHN McBRYDE
United States District Judge