

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JUL 2 5 2019

CLERK, U.S. DISTRICT COURT
By _____
Deputy

CTJ

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| American Airlines, Inc., )<br><br>Plaintiff, )<br><br>v. )<br><br>Transport Workers Union of )<br>America, AFL-CIO, International )<br>Association of Machinists and )<br>Aerospace Workers, and Airline )<br>Mechanic and Related Employee )<br>Association TWU/IAM, )<br><br>Defendants. ) | Civil Action No. 4:19-CV-00414-A |

## DEFENDANTS' UPDATE TO THE COMPLIANCE DECLARATIONS AND EXHIBITS FILED ON JULY 22, 2019 AS ECF NO. 121

Pursuant to this Court's July 10, 2019 Order (ECF No. 111) Defendants Transport

Workers Union of America, AFL-CIO ("TWU"), International Association of Machinists and

Aerospace Workers ("IAM"), and Airline Mechanic and Related Employee Association

TWU/IAM ("Association") (collectively, "Defendants") respectfully file the following sworn

declarations of Timothy Klima and Gary Peterson updating the Court on the further steps taken

toward compliance with the July 10 Order subsequent to the July 22, 2019 declarations filed as

ECF document number 121.

| Tab | DESCRIPTION |
|---|---|
| A. | DECLARATION OF SITO PANTOJA |
| | Exh. 1   Sign-in sheet from in-person meeting with union leaders for Seattle |
| B. | DECLARATION OF GARY PETERSON |
| | Exh. 1   List of aircraft mechanics in attendance at the in-person meetings conducted from July 22-24, 2019 |

1

Dated: July **25**, 2019

Respectfully Submitted,

*[signature]*

SANFORD R. DENISON
(Tex. Bar No. 05655560)
Baab & Denison, LLP
6301 Gaston Ave., Suite 550
Dallas, TX 75214
Tel.: (214) 637-0750
Fax.: (214) 637-0730
Email: denison@baabdenison.com

*Attorneys for Defendants*

MARK RICHARD (*pro hac vice*)
(Florida Bar No. 305979)
OSNAT K. RIND (*pro hac vice*)
(Florida Bar No. 958698)
CHRISTINA S. GORNAIL (*pro hac vice*)
(Florida Bar No. 085922)
LUCIA PIVA (*pro hac vice*)
(Florida Bar No. 305979)
Phillips, Richard & Rind, P.A.
9360 SW 72nd Street, Suite 283
Miami, FL 33173
Tel.: (305) 412-8322
Fax.: (305) 412-8299
Email: mrichard@phillipsrichard.com
Email: orind@phillipsrichard.com
Email: cgornail@philipsrichard.com
Email: lpiva@philipsrichard.com

*Attorneys for Defendants Transport Workers*
*Union of America, ALF-CIO and Airline*
*Mechanic and Related Employee Association*
*TWU/IAM*

JEFFREY A. BARTOS (*pro hac vice*)
(D.C. Bar No. 435832)
ANTONIA BIRD (*pro hac vice*)
(Maryland Bar No. 1712130046)
Guerrieri, Bartos & Roma, P.C.
1900 M Street, N.W., Suite 700
Washington, DC 20036
Tel.: (202) 624-7400
Fax.: (202) 624-7420
Email: jbartos@geclaw.com
Email: abird@geclaw.com

*Attorneys for Defendants International*
*Association of Machinists & Aerospace*
*Workers and Airline Mechanic and Related*
*Employee Association TWU/IAM*

## CERTIFICATE OF SERVICE

I certify that on this 25th day of July, 2019 a true and correct copy of the foregoing

document was served on counsel for all parties of record listed below by a means permitted by

Rule 5(b)(2) of the Federal Rules of Civil Procedure ("F.R.C.P.").


SANFORD R. DENISON

# TAB A.

## DECLARATION OF

## TIMOTHY KLIMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| American Airlines, Inc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     Civil Action No. 4:19-CV-00414-A |
| | ) |
| Transport Workers Union of | ) |
| America, AFL-CIO, International | ) |
| Association of Machinists and | ) |
| Aerospace Workers, and Airline | ) |
| Mechanic and Related Employee | ) |
| Association TWU/IAM, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DECLARATION OF TIMOTHY KLIMA

Timothy Klima hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

1.     I submit this Declaration pursuant to the Court's Order of July 10, 2019 (ECF No. 111) to update the Court on steps taken by IAM and the Association toward compliance with the requirements of that Order since July 19, 2019, the date my last declaration was executed. (ECF No. 121, Tab A). I make this Declaration based on my personal knowledge and the records of IAM and the Association.

**In-Person Group Meetings – Union Officials (July 10 Order paragraph (b)).**

2.     As required by Paragraph (b) of the July 10 Order, IAM has continued to hold in-person group meetings with IAM union officials, including: (1) Local Leadership, (2) Local e-board members, (3) shop stewards, and (4) grievance committee members at all stations where those meetings had not been completed by July 19, 2019. The last and final in-person meeting

1

with local union leaders was held on July 22, 2019 for Seattle. The sign-in sheet for that meeting is attached hereto as Exhibit 1.

### Phone Calls (July 10 Order Paragraph (c)).

3.      Paragraph (c) of the July 10 Order requires senior IAM leaders to make phone calls to IAM members who did not attend the in-person meetings described above. IAM and the Association have obtained from American lists of mechanics scheduled to work the overnight shift and compared them with the sign-in sheets from the in-person meetings. IAM sent American the list of individuals who did not attend the meetings and has requested phone numbers from American for those individuals; once the phone numbers are available, IAM and the Association will make the required calls.

4.      Paragraph (c) of the July 10 Order requires senior IAM leaders to make phone calls to IAM officials who were unable to attend the in-person meetings described above. IAM does have phone numbers for these individuals and all of those calls have been made, except for a limited number of union stewards who may not have attended the meetings described above. These individuals will be called as part of the calls described in paragraph 3 above.

### Acknowledgement Forms (July 10 Order Paragraph (f)).

5.      Paragraph (f) of the July 10 Order requires that "Each of Defendants' members shall sign and date an acknowledgement form stating that they have read and understand their obligation to comply with the modified Temporary Restraining Order upon risk of being disciplined or fined by Defendants and American."

6.      IAM and the Association intend, among other steps, to have union representatives meet with employees at their respective stations and provide them with acknowledgment forms

for signature. IAM and the Association plan to begin those meetings on July 25 and 26, 2019 in

Charlotte and Pittsburgh, and then conduct similar meetings at other stations.


[Remainder of Page Intentionally Left Blank]

[Signature Page Follows]

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 24th day of July 2019.

Timothy Klima

# DECLARATION OF TIMOTHY KLIMA

# Exhibit 1

# SEA SIGN-IN

AA TRO SEA  7-22-19

PRINT NAME                          SIGN NAME
SANDRA FIELD                        Sandra Field
DAN Skibinski                       Dan ___
DAN Sugafon                         ___
KALEB RoSA                          ___
Mike Meud                           ___

# TAB B.

## DECLARATION OF

## GARY PETERSON

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| American Airlines, Inc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 4:19-CV-00414-A |
| | ) |
| Transport Workers Union of | ) |
| America, AFL-CIO, International | ) |
| Association of Machinists and | ) |
| Aerospace Workers, and Airline | ) |
| Mechanic and Related Employee | ) |
| Association TWU/IAM, | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF GARY PETERSON

**Gary Peterson** declares pursuant to 28 USC § 1746 as follows:

1.      My name is Gary Peterson and I am an adult resident of the State of Texas.  I

make this Declaration based on my personal knowledge and on records kept in the normal course

of business by the Transport Workers Union of America, AFL-CIO ("TWU"), the Airline

Mechanic and Related Employee Association TWU/IAM (the "Association"), and Locals

affiliated with the TWU.  I currently serve as an International Vice President of the Transport

Workers Union of America, AFL-CIO, and I am a member of the Association's executive

negotiating committee.

2.      I submit this Declaration pursuant to the Court's Order of July 10, 2019, ECF No.

111. This Declaration describes the steps taken subsequent to execution of my previously filed

Declaration, and those which remain to be accomplished.

3.     Defendants have taken the following steps toward compliance with the provisions of the Modifications to June 14, 2019 Temporary Restraining Order, issued on July 10, 2019:

**In-Person Group Meetings (July 10 Order Paragraph (a)).**

Meetings with senior TWU leaders pursuant to paragraph a of the Modified TRO have taken place with aircraft mechanics on the RON shift at the following Line Maintenance Stations on the dates indicated:  **RDU** (July 22, 2019, TWU International Vice President Gary Peterson present), **LGA** (July 23, 2019 Peterson present), **EWR** (July 23, 2019, Peterson present), **IOC** (July 24, 2019, Danker present), **AUS** (July 24, 2019, Peterson present), **SAT** (July 25, 2019, Peterson present).

Meetings by senior TWU leaders pursuant to paragraph a of the Modified TRO are also scheduled to take place at the remaining Line Maintenance Stations for the RON shifts as follows:

     i.   IAH – July 25, 2019 at 10:30 p.m.

     ii.   STL – July 28, 2019 at 10:00 p.m.

     iii.   ORD – July 29, 2019 at 10:00 p.m.

     iv.   SJU – July 30, 2019 at 10:00 p.m.

Lists of those aircraft mechanics who were in attendance at the meetings conducted from July 22 to July 24, 2019 are attached as composite Exhibit 1.  A summary of what TWU leaders said at the meetings was previously filed with the court.

The July 10 Order allowed American Airlines' management to attend each of these in-person meetings, and to my understanding, management did attend these in-person meetings, which were all held at American Airlines' facilities.

2

**In-person Group Meetings – Union Officials (July 10 Order paragraph (b)).**

Since the filing of my last Declaration, group meetings with senior Union leaders pursuant to paragraph b of the Modified TRO have taken place or are scheduled to take place at the following locations and approximate times:

        i.    LGA – July 23, 2019 at 7:00 a.m.

        ii.   ORD – July 29, 2019 at 1:00 p.m.

        iii.  MIA – Aug 1, 2019 at 3:00 p.m.

The TWU Union officials who were in attendance at the meeting held at **LGA** on July 23, 2019: Peterson, Mark Nhat (TWU), Tony Sarigo (IAM) and Wes Bryan (IAM).

A summary of what the TWU leaders said at the meetings was previously filed with the court.

The July 10 Order allowed American Airlines' management to attend each of these in-person meetings, and to my understanding, management did attend these in-person meetings, which were all held at American Airlines' facilities.

**Phone Calls (July 10 Order Paragraph (c)).**

TWU has begun the process of identifying those employees on the RON shifts who were unable to attend the meetings held pursuant to paragraph a of the Modified TRO, and made an initial request to American Airlines for employee phone numbers. American Airlines provided a master list of employees, with phone numbers, on July 25, 2019, and TWU will begin the process of calling aircraft mechanics as required by paragraph c of the Modified TRO. TWU Leadership has already started the process of calling Local TWU representatives who were unable to attend the union-leader meetings, and continues to do so on an on-going basis.

3

### Acknowledgement Forms (July 10 Order Paragraph (f)).

Paragraph (f) of the July 10 Order requires that "Each of Defendants' members shall sign and date an acknowledgement form stating that they have read and understand their obligation to comply with the modified Temporary Restraining Order upon risk of being disciplined or fined by Defendants and American." TWU intends to have union representatives meet with employees throughout the American system to provide them with acknowledgement forms for signature.

### Overnight Productivity Levels (July 10 Order Paragraph (h)).

Paragraph (h) of the Modified TRO requires Defendants to "take all reasonable actions, including but not limited to communications to their members, to ensure that their members working at American's line maintenance stations, within seven days of entry of the modified Temporary Restraining Order, achieve approximately, in the aggregate, on a 7-day moving average basis, overnight productivity levels equal to the aggregate status quo overnight productivity levels achieved in the summer of 2018 of 77.5%." TWU is complying with this section through the communications and in-person meetings as described and outlined in the above paragraphs.

4

**I DECLARE** under penalty of perjury under the laws of the United States that the

foregoing statements are true and correct.

Executed this 25 day of July, 2019 at Tarrant County, Texas.


Gary Peterson

DECLARATION OF

GARY PETERSON

Exhibit 1

# RDU

Exhibit 1

# <u>RDU – MEETING</u>

## <u>JULY 22, 2019</u>

Attendees:

      Castoe, Shawn

      Robichaux, Steven

      Giacofei, Paul

      Scalione, William

      Fitzpatrick, Steven

      Bolin, James

      Rountree, john

      Herzog, Robert

      Wool, Richard

      Kowalczyk, Richard

# LGA

**LGA – MEETING**

**JULY 23, 2019**

*NOTE:  Unreadable names on attached list:

Pero, Jr., Alfred

Bracco, Timothy

Cevallos, Ruben

Dawson, Patrick

Del Valle Cruz, Jamie

Delvin, Sean

Dominguez, Juan

Duda, Andrew

Francis, Sydney

Andrade Neto, Gil

Andrade Aviles, Denise

Crespin, Ricardo

Diaz, Naiven

Mock, Sik

Philip, Siju

Salazar, Johnny

Valles, Ralph

Martinez, Gabriel

Valerio, Henry

Anderson, Courtney

Halim, Shah

Barlow, Stephen

Hoczela, Joseph

# MIDS DAILY MANNING COUNTS

DATE: Jul 23, 2019 WORKGROUP: ALL  SHIFT: MID LOCATION: LGA ME

| AVAILABLE MANPOWER | |
|---|---|
| AMT: | 37 |
| CC: | 3 |
| TCC: | 2 |
| INSP: | 5 |

LGA TERM-NIGHTS          CC:          AMT:

| EMPLOYEE | EMP # | WORKGROUP | OCC SEN | POS | SHIFT | EXCEPTIONS | QUAL |
|---|---|---|---|---|---|---|---|
| *RUINT, FREDRICK | | LGA-GENERAL | 07/24/1989 | AMT | 21:30-06:00 | | A320F, B737-MAX8, B737-NG, B767, VIASAT. |
| *ARACCO TIMOTHY | | GA-GENERAL | 10/04/1997 | AMT | 21:30-06:00 | | B737-NG, B757, VIASAT |
| * E. ALLOS RUBEN | | GA-GENERAL | 04/12/1996 | AMT | 21:30-06:00 | | B737-MAX8, B737-NG, B757 VIASAT |
| * WYSON, PATRICK | | GA-GENERAL | 09/21/2013 | AMT | 21:30-06:00 | | A320F, B737-MAX8, B737-NG, LMX ELEC |
| JY VALLE CRUZ, JAIME | | GA-GENERAL | 12/08/2014 | AMT | 21:30-06:00 | | A320F, B737-MAX8, B737-NG, VIASAT. |
| | | GA-GENERAL | 10/24/1999 | AMT | 21:30-06:00 | | A320F, B737-NG, B757, A1, VIASAT. |
| * | | LGA-GENERAL | 03/02/1986 | AMT | 21:30-06:00 | | B737-NG, B757, VIASAT. |
| * JOANGUEZ, JUAN | | LGA-GENERAL | 10/30/2010 | AMT | 21:30-06:00 | | A320F, B737-MAX8, B737-NG, B757. |
| | | LGA-GENERAL | 07/17/2002 | AMT | 21:30-06:00 | | B737-MAX8, B737-NG, B757, VIASAT. |
| *FRANCIS, SYDNEY | | LGA-GENERAL | 09/15/1996 | AMT | 22:00-06:00 CSW 21:30-06:00-Trade with Emp ID: 370250 | PACIFIC | B737-MAX8, B737-NG, B757, VIASAT. |
| GUZMAN, JUAN | | LGA-GENERAL | 06/15/1996 | AMT | 21:30-06:00 | | A320F, B737-MAX8, B737-NG, B757. |
| HAASE DWAYNE | | LGA-GENERAL | 06/05/2017 | AMT | 21:30-06:00 | | B737-MAX8, B737-NG, VIASAT. |
| HESLIN, THOMAS | | LGA-GENERAL | 02/01/1991 | AMT | 21:30-06:00 | | B737-NG, B757, B767, A1. |
| JOSEPH, ANN | | LGA-GENERAL | 03/26/1996 | AMT | | | B737-MAX8, B737-NG, B757, B767, VIASAT. |
| KHAN, HUMAYUN | | GA-GENERAL | 12/05/2003 | AMT | 21:30-06:00 | | A320F, B737-MAX8, B737-NG, B757, B767 VIASAT |
| NIEVES, CARLOS | | GA-GENERAL | 06/22/2015 | AMT | 21:30-06:00 | | A320F, B737-NG, LMX ELEC., VIASAT. |
| PICCIRILLO, ALFREDO | | GA-GENERAL | 03/30/1991 | AMT | 21:30-06:00 | | B737-NG, B757, B767, VIASAT. |
| RUIZ-FRANCISCO | | LGA-GENERAL | 08/30/1993 | AMT | | | B737-NG, VIASAT. |
| SANOZKY, FRED | | GA-GENERAL | 08/16/2002 | AMT | 21:30-06:00 | | B737-NG, B757, B767, VIASAT. |
| SEOANE, XAVIER | | GA-GENERAL | 03/12/2002 | AMT | 21:30-06:00 | | A320F, B737-MAX8, B737-NG, VIASAT. |
| SHAFI, AKBER | | GA-GENERAL | 05/17/2004 | AMT | 21:30-06:00 | | A320F, B737-MAX8, B737-NG, B757, VIASAT. |
| STEIDEL, ROBERT | | GA-GENERAL | 04/27/1992 | AMT | 21:30-06:00 | | B737-NG, B757, VIASAT. |
| SUERO, JOSE | | GA-GENERAL | 05/26/2015 | AMT | 21:30-06:00 | | A320F, B737-MAX8, B737-NG, LMX ELEC., VIASAT. |
| TAN, ZHAN | | GA-GENERAL | 11/26/2018 | AMT | 22:00-06:30 CSW 22:00-06:30-Trade with Emp ID: 630472 | CASTILLO | |
| THEROUX, RAYMOND | | GA-GENERAL | 02/02/1959 | AMT | 21:30-06:00 | | |
| WONG, SING | | GA-GENERAL | 02/24/1998 | AMT | 21:00-05:30 CSW 21:00-05:30-Trade with Emp ID: 132523 | LOWE | A320F, B737-MAX8, B737-NG, B757, VIASAT, |
| ZEGARRA SILVA, JUAN | | GA-GENERAL | 12/08/2014 | AMT | 21:30-06:00 | | A320F, B737-MAX8, B737-NG, VIASAT. |

## LGA AVI-T-NIGHTS          CC-    AMT-    TCC-0    INSP-0    CLNR-0    LOC:

| EMPLOYEE | EMP # | WORKGROUP | OCC_SEN | POS | SHIFT | EXCEPTIONS | QUAL |
|---|---|---|---|---|---|---|---|
| NHUU, | | | | AMT | | | B737-NG, |
| AVILES, DENISH | | | | AMT | | | B737-NG, |
| BLAUERT | | | | AMT | | | A320F, B737-MAX8, B737-NG, VIASAT |
| | | | | AMT | | | A320F, B737-MAX8, B737-NG, VIASAT |
| | | | | AMT | | | B737-NG, B737, B767, B777, VIASAT |
| ALAZAR, JEREMY | | | | AMT | | | A320, B737, NG, EMB, VIASAT |
| | | | | AMT | | | B737-NG, B737, B767 |
| | | | | AMT | | | B737-NG, |
| KIRAN COURTNEY | | LGA-AVIONICS | 04/27/1992 | AMT | 20:30-07:00 | | B737-MAX8, B737-NG, VIASAT |
| NAGMANI MAHENDRA | | LGA-AVIONICS | 04/28/1999 | AMT | 20:30-07:00 | | A320F, B737-MAX8, B737-NG, VIASAT |
| FULLWOOD DEXTA | | LGA-GENERAL | 07/09/2018 | AMT | 20:30-07:00 | CSW 20:30-07:00- trade with Emp ID 606539  NAIR | B737-NG, |
| | | LGA-AVIONICS | 12/08/2014 | AMT | 20:30-07:00 | LAST DAY | A320F, B737-NG, VIASAT, |
| KIM RENNY | | LGA-AVIONICS | 11/01/2002 | AMT | 20:30-07:00 | | A320F, B737-NG, VIASAT, |
| MARIA STIVAN | | LGA-AVIONICS | 08/03/1998 | AMT | 20:30-07:00- | | A320F, B737-MAX8, B737-NG, VIASAT, |

## LGA TCC-MIDS          TCC-

| EMPLOYEE | EMP # | WORKGROUP | OCC_SEN | POS | SHIFT | EXCEPTIONS | QUAL |
|---|---|---|---|---|---|---|---|

## LGA INSP          INSP-

| EMPLOYEE | EMP # | WORKGROUP | OCC_SEN | POS | SHIFT | EXCEPTIONS | QUAL |
|---|---|---|---|---|---|---|---|
| EDWARDS, RICHARD | | LGA-QC | 05/11/1987 | INSP | 21:20-05:50 | | A320F, B737-NG, |
| UK THOMAS | | LGA-QC | 11/07/1988 | INSP | 21:20-05:50 | | B737-NG, |
| NI., KENNY | | LGA-QC | 09/22/1995 | INSP | 21:20-05:50 | | A320F, B737-NG, |
| FAHII STEPHEN | | LGA-QC | 11/02/1987 | INSP | 21:20-05:50 | | A320F, B737-NG, |
| WONG, HENRY | | LGA-QC | 10/24/1988 | INSP | 21:20-05:50 | | A320F, B737-NG, |

Team
No
Date 20190724 000000

## ME Duty Roster Report

**LGA_9942-0435_491_LINE_3** *MIDS*

| Emp # | Last Name | First Name | Schedule | Shift Type | Absence Codes |
|---|---|---|---|---|---|
| | Abreu | Ronny | 22:00-06:30 | Scheduled Shift | |
| | Acampora | Aldo | 22:00-06:30 | Scheduled Shift | |
| | Beltran | Christopher | 22:00-06:30 | Swap on shift | |
| | Chimbo | Anthony | 22:00-06:30 | Swap on shift | |
| | Corrie | Dave | 22:00-06:30 | Scheduled Shift | |
| | Cubillos | Jonathan | 22:00-06:30 | Scheduled Shift | 22:0: |
| | Dubois | Anthony | 22:00-06:30 | Scheduled Shift | |
| | Gomez | Daniel | 22:00-06:30 | Scheduled Shift | |
| | Hadzimusovic | Admir | 22:00-06:30 | Scheduled Shift | |
| | Lach | Arkadiusz | 22:00-06:30 | Swap off shift | 22:0 ... |
| | Mayo | Michael | 22:00-06:30 | Scheduled Shift | |
| | Mena | Vittorio | 22:00-06:30 | Scheduled Shift | |
| | Morris | Travis | 22:00-06:30 | Swap off shift | |
| | Reda | Joseph | 22:00-06:30 | Scheduled Shift | |
| | Romero | Cesar | 22:00-06:30 | Scheduled Shift | |
| | Sanchez | Risky | 22:00-06:30 | Scheduled Shift | 22:00 02:00 (7:0) |
| | Tazmourt | Mohamed | 22:00-06:30 | Scheduled Shift | |
| | Tello | Johnny | 22:00-06:30 | Swap off shift | 22:00-06:30 (SWAPOFF - Swap with 20668) ...dis, Travis |
| | Vizcaino-Fermin | Cesar | 22:00-06:30 | Swap off shift | 22:00-06:30 (SWAP-OFF, Swap with 093039 - Chimbo, Anthony |
| | Zapata | Felix | 22:00-06:30 | Scheduled Shift | |

**LGA_9942-0435_491_LINE_L3**

| Last Name | First Name | Schedule | Shift Type | Absence Codes |
|---|---|---|---|---|
| Henry | Coply | 21:45-06:15 | Scheduled Shift | |
| Santos | Jorge | 21:45-06:15 | Scheduled Shift | |

# EWR

TRO Meeting attendance

| Sen # | Name | Emp # | Job Code | FT/PT | Class | Station | Occ | Company | TWA 4/10 | TWA 100% | TWA 25% | LOA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4 M K ZABIHIALAM | | 9722 | FT | CC AMT | EWR | 9/22/1986 | 9/22/1986 | | | | |
| 2 | 5 F W HILL | | 9732 | FT | AMT | EWR | 11/10/1986 | 11/10/1986 | | | | |
| 3 | 6 D STATLANDER | | 9732 | FT | AMT | EWR | 3/30/1987 | 3/30/1987 | | | | |
| 4 | 8 C R FAUST | | 9732 | FT | AMT | EWR | 10/24/1988 | 10/24/1988 | | | | |
| 5 | 12 D BILLITZ | | 9732 | FT | AMT | EWR | 7/24/1989 | 7/24/1989 | | | | |
| 6 | 13 T P FICO | | 9732 | FT | AMT | EWR | 1/13/1991 | 1/12/1994 | | | | |
| 7 | 14 M ZABIHIALAM | | 9732 | FT | AMT | EWR | 7/15/1991 | 7/15/1991 | | | | |
| 8 | 15 S K ELLENTUCK | | 9732 | FT | AMT | EWR | 4/20/1996 | 10/17/1991 | | | | |
| 9 | 17 K DAMA | | 9732 | FT | AMT | EWR | 5/30/2011 | 5/30/2011 | | | | |
| 10 | 20 J ENCARNACION | | 9732 | FT | AMT | EWR | 8/8/2016 | 8/8/2016 | | | | |
| 11 | 21 K OVIEDO | | 9732 | FT | AMT | EWR | 8/15/2016 | 8/15/2016 | | | | |
| 12 | 23 A R GUEYE | | 9732 | FT | AMT | EWR | 8/29/2016 | 8/29/2016 | | | | |
| 13 | 24 E CASTELLON | | 9732 | FT | AMT | EWR | 1/6/2017 | 1/6/2017 | | | | |
| 14 | 25 T E GRAY | | 9732 | FT | AMT | EWR | 1/23/2017 | 1/23/2017 | | | | |
| 15 | 29 V M ALBUQUERQUE | | 9732 | FT | AMT | EWR | 5/19/2017 | 5/19/2017 | | | | |

# IOC

I Dak Danker, Read TRO to MCT's with
Evita Garces in Attendance.

July 24th 2019 @ 0200 MOC

| Name | Employee # | |
|------|------------|---|
| MAURICE DELLOIACONO | | |
| Kurt Kramer | | |
| MARK PAVLAK | | |
| Ron Richert | | |
| K. Doyle | | |
| Tim Read | | |
| Edgr Davis-martre | | |
| Jeff Jones | | |
| Christian Ritz | | |
| Linsen Ronnie Cantu | | |
| Jerry Crull | | |
| Patrick Randall | | |
| Matthew Newton | | |
| Mohammad Kamal | | I AM |
| H. Scott Gapen | | I AM |
| Juliestonco | | |
| Alan Murphy | | |
| William Satthuns | | |
| Andrew Romm | | |
| Lacy | | |
| Cliff Mitchell | | |
| MW Jenks | | |
| Richard J Clift | | |
| EDDIE MALDONARD | | |
| Jim Kryer | | I AM |

| | |
|---|---|
| Benjamin Gonzalez | I AM |
| | I AM |
| | I AM |
| | TWU |
| | TWU |
| JF Cardone | TWU |
| | TWU |
| | TW |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

# AUS

## DAILY MANNING COUNTS
### DATE: Jul 24, 2019 WORKGROUP: AUS-GENERAL SHIFT: -ALL- LOCATION: AUS

| AVAILABLE MANPOWER | |
|---|---|
| AMT: | 29 |
| CC: | 3 |
| TCC: | 0 |
| INSP: | 0 |
| CLNR: | 0 |

### AUS AFTS   CC-1 AMT-3 TCC-0 INSP-0 CLNR-0   LOC:

| EMPLOYEE | EMP # | WORKGROUP | OCC_SEN | POS | SHIFT | EXCEPTIONS | QUAL | NOTES |
|---|---|---|---|---|---|---|---|---|
| CLARK, GARY | | AUS-GENERAL | 05/09/1988 | CC AMT | 13:30-22:00 | | A1. | |
| KLEPAL, D | | AUS-GENERAL | 04/20/1987 | AMT | 13:30-22:00 | | E190, A1, | |
| SHIGO, DAVID | | AUS-GENERAL | 07/31/1989 | AMT | 13:30-22:00 | | E190, A1, | |
| STEPHENS, DANTONE | | AUS-GENERAL | 10/22/1984 | AMT | 13:30-22:00 | | | |

### AUS DAYS   CC-1 AMT-2 TCC-0 INSP-0 CLNR-0   LOC:

| EMPLOYEE | EMP # | WORKGROUP | OCC_SEN | POS | SHIFT | EXCEPTIONS | QUAL | NOTES |
|---|---|---|---|---|---|---|---|---|
| HOCH JR, EDWARD | | AUS-GENERAL | 04/21/1986 | CC AMT | 06:00-14:30 | | E190. | |
| PNIEWSKI, PATRICK | | AUS-GENERAL | 02/12/1990 | AMT | 06:00-14:30 | | | |
| HAHN, TYLER | | AUS-GENERAL | 12/19/1998 | AMT | 06:00-14:30 | VC 06:00-14:30- | | |
| ZIMMERMAN (5537(1)(B), DAVID | | AUS-GENERAL | 06/17/1995 | AMT | 06:00-14:30- | CSW 06:00-14:30-Trade with Emp ID: 091278 LITSTER | LMX ELEC. | |

### AUS MIDS   CC-1 AMT-22 TCC-0 INSP-0 CLNR-0   LOC:

| EMPLOYEE | EMP # | WORKGROUP | OCC_SEN | POS | SHIFT | EXCEPTIONS | QUAL | NOTES |
|---|---|---|---|---|---|---|---|---|
| DAVIS, RODNEY | | AUS-GENERAL | 07/21/1997 | CC AMT | 20:00-06:30 | | | |
| COTNER, SHANE | | AUS-GENERAL | 01/10/2000 | AMT | 20:00-06:30 | CSW 20:00-06:30-Trade with Emp ID: 683373 HARRIGAN | | |
| ALICEA, JULIO | | AUS-GENERAL | 12/23/1995 | AMT | 20:30-07:00 | | | |
| HUNTER, SCOTT | | AUS-GENERAL | 01/05/1997 | AMT | 20:30-07:00 | | E190. | |
| CRUZEN, TRAVIS | | AUS-GENERAL | 08/03/1998 | AMT | 20:30-07:00 | | | |



Jul 24, 2019

7:30:44 PM
V3.0 20181221

**DAILY MANNING COUNTS**
DATE: Jul 24, 2019 WORKGROUP: AUS-GENERAL SHIFT: -ALL- LOCATION: AUS
AVAILABLE MANPOWER

| | AMT: | 28 |
|---|---|---|
| | CC: | 3 |
| | TCC: | 0 |
| | INSP: | 0 |
| | CLNR: | 0 |

| EMPLOYEE | EMP # | WORKGROUP | OCC_SEN | POS | SHIFT | EXCEPTIONS | QUAL | NOTES |
|---|---|---|---|---|---|---|---|---|
| KAHLSTROM, MARK | | AUS-GENERAL | 07/14/1997 | AMT | 20:30-07:00 | | | |
| TRAVER(HB)(E)(365), SCOTT | | AUS-GENERAL | 04/23/1990 | AMT | 20:30-07:00 | | E190, | |
| BEARDEN, ROBIN | | AUS-GENERAL | 05/27/1997 | AMT | 20:30-07:00 | | | |
| FINK, RICHARD | | AUS-GENERAL | 01/21/1991 | AMT | 20:30-07:00 | | E190, | |
| KLING, THOMAS | | AUS-GENERAL | 09/03/1996 | AMT | 20:30-07:00 | VC 20:30-07:00- | | |
| TILLERY, MARK | | AUS-GENERAL | 09/03/1996 | AMT | 20:30-07:00 | | A320F, B777, B787, LMX ELEC... | |
| BARNES, DAREN | | AUS-GENERAL | 10/17/2003 | AMT | 20:30-07:00 | CSW 20:30-07:00-Trade with Emp ID: 482942    HARDING | A320F, B737-MAX8, B737-NG, | |
| SWANSON, JON | | AUS-GENERAL | 07/23/1990 | AMT | 20:30-07:00 | | E190, A1, | |
| ZONOU, GAOUSSOU | | AUS-GENERAL | 01/11/2016 | AMT | 20:30-07:00 | | | |
| RODRIGUEZ, LUIS | | AUS-GENERAL | 09/10/2018 | AMT | 20:30-07:00 | CSW 20:30-07:00-Trade with Emp ID: 806822    LOPEZ | B737-MAX8, | |
| TITTLE, LONNIE | | AUS-GENERAL | 04/27/2014 | AMT | 20:30-07:00 | | | |
| PORRAS, MANUEL | | AUS-GENERAL | 04/29/2019 | AMT | 20:30-07:00 | CSW 20:30-07:00-Trade with Emp ID: 665590    VILLARAMA | | |
| ROBINSON, JASON | | AUS-GENERAL | 04/29/2019 | AMT | 20:30-07:00 | | | |
| PEDROSO, GUSTAVO | | AUS-GENERAL | 12/03/1990 | AMT | 20:30-07:00 | | B737, B757, B767, B777, R802 IPC | |

Jul 24, 2019

7:30:44 PM
V3.0 20181221

Jul 24, 2019

## DAILY MANNING COUNTS
### DATE: Jul 24, 2019 WORKGROUP: AUS-GENERAL SHIFT: -ALL- LOCATION: AUS

**AVAILABLE MANPOWER**

| | |
|---|---|
| AMT: | 28 |
| CC: | 3 |
| TCC: | 0 |
| INSP: | 0 |
| CLNR: | 0 |

| EMPLOYEE | EMP # | WORKGROUP | OCC_SEN | POS | SHIFT | EXCEPTIONS | QUAL NOTES |
|---|---|---|---|---|---|---|---|
| KEENE, CARBET | ▮▮▮ | AUS-GENERAL | 10/25/1999 | AMT | 20:30-07:00 | | ASSY, RB02 IPS DIS. |
| CATE, DON | | AUS-GENERAL | 11/05/1990 | AMT | 20:30-07:00 | | B737, B757, B767, B777, |
| MCKEON-PATRICK | | AUS-GENERAL | 08/08/1999 | AMT | 20:30-07:00 | | |
| DENNIS, MARK | | AUS-GENERAL | 07/23/1993 | AMT | 20:30-07:00 | VC 20:30-07:00- | E190. |
| REMMERS, ROBERT | | AUS-GENERAL | 01/28/1991 | AMT | 20:30-07:00 | | E190, SHOP STEWARD. |
| LOWE, CEDRIC | | AUS-GENERAL | 01/29/1996 | AMT | 20:30-07:00 | | E190. |

### DAY OFF OT    CC-0  AMT-1  TCC-0  INSP-0  CLNR-0    LOC:

| EMPLOYEE | EMP # | WORKGROUP | OCC_SEN | POS | SHIFT | EXCEPTIONS | QUAL NOTES |
|---|---|---|---|---|---|---|---|
| SHAVER, GREGORY | ▮▮▮ | AUS-GENERAL | 07/25/2016 | AMT | 20:30-07:00 | OT-DO 21:00-07:00- | B737. |

PAGE 3 of 3

PAGE 3 of 3

7:30:44 PM
V3.0 20181221