FW033158

$3503.00

ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION



CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED

2019 AUG 14 PM 2: 53

DEPUTY CLERK___ PF

CTJ

| | |
|---|---|
| American Airlines, Inc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 4:19-CV-00414-A |
| | ) |
| Transport Workers Union of | ) |
| America, AFL-CIO, International | ) |
| Association of Machinists and | ) |
| Aerospace Workers, and Airline | ) |
| Mechanic and Related Employee | ) |
| Association TWU/IAM, | ) |
| | ) |
| Defendants. | ) |

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Defendants Transport Workers Union of America, AFL-CIO ("TWU"), International Association of Machinists and Aerospace Workers ("IAM"), and Airline Mechanic and Related Employee Association TWU/IAM ("Association") (collectively, "Defendants") in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment Containing Permanent Injunction entered in this action on August 12, 2019 (Dkt. No. 132).

Dated: August 14, 2019                    Respectfully Submitted,

SANFORD R. DENISON                JEFFREY A. BARTOS (*pro hac vice*)
(Tex. Bar No. 05655560)           (D.C. Bar No. 435832)
Baab & Denison, LLP               ANTONIA BIRD (*pro hac vice*)
6301 Gaston Ave., Suite 550       (Maryland Bar No. 1712130046)
Dallas, TX 75214                  Guerrieri, Bartos & Roma, P.C.
Tel.: (214) 637-0750              1900 M Street, N.W., Suite 700

Fax.: (214) 637-0730
Email: denison@baabdenison.com

*Attorneys for Defendants*

MARK RICHARD (*pro hac vice*)
(Florida Bar No. 305979)
OSNAT K. RIND (*pro hac vice*)
(Florida Bar No. 958698)
CHRISTINA S. GORNAIL (*pro hac vice*)
(Florida Bar No. 085922)
LUCIA PIVA (*pro hac vice*)
(Florida Bar No. 305979)
Phillips, Richard & Rind, P.A.
9360 SW 72nd Street, Suite 283
Miami, FL 33173
Tel.: (305) 412-8322
Fax.: (305) 412-8299
Email: mrichard@phillipsrichard.com
Email: orind@phillipsrichard.com
Email: cgornail@philipsrichard.com
Email: lpiva@philipsrichard.com

*Attorneys for Defendants Transport Workers*
*Union of America, ALF-CIO and Airline*
*Mechanic and Related Employee Association*
*TWU/IAM*

Washington, DC 20036
Tel.: (202) 624-7400
Fax.: (202) 624-7420
Email: jbartos@geclaw.com
Email: abird@geclaw.com

*Attorneys for Defendants International*
*Association of Machinists & Aerospace*
*Workers and Airline Mechanic and Related*
*Employee Association TWU/IAM*

## **CERTIFICATE OF SERVICE**

I certify that on this __14__ day of __August__ , 2019 a true and correct copy of the foregoing document was served on counsel for all parties of record listed below by a means permitted by Rule 5(b)(2) of the Federal Rules of Civil Procedure ("F.R.C.P.").

SANFORD R. DENISON

# BAAB & DENISON, L.L.P.

G. William Baab*
Sanford R. Denison*

L. N. D. Wells, Jr.
(1914 – 2000)

**ATTORNEYS**
6301 GASTON AVE, STE 550
DALLAS, TEXAS 75214

Tele: 214-637-0750 • Fax: 214-637-0730
denison@baabdenison.com

*Board Certified
Labor and Employment Law
Texas Board of Legal Specialization

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
RECEIVED

2019 AUG 14  PM 2:51

DEPUTY CLERK _____

**Via Hand Delivery**

August 14, 2019

Karen Sublett Mitchell
U. S. District Clerk
UNITED STATES DISTRICT COURT
501 West 10th Street, Room 310
Fort Worth, Texas 76102

> Re:   American Airlines Inc. v. Transport Workers Union of America, AFL-CIO, et al,
> Case No. 4:19-cv-00414-A, U.S. Dist. Ct, N.D. Tex., Fort Worth Division

Dear Ms. Mitchell:

Enclosed please find for filing in the above referenced cause the original and two copies of the following document:

1. Defendants' "NOTICE OF APPEAL"; and

2. The undersigned counsel for Defendants check on the amount of Five Hundred and Five Dollars and No/100 ($505.00) made payable to the "Clerk, U.S. District Court" in payment of the applicable filing fee.

Please file mark and return the extra third copy of the Notice of Appeal to the undersigned in the enclosed self-addressed and stamped envelope.

Counsel for all parties of record have been served with a copy of the referenced document by a means authorized by Rule 5(b)(2) of the F.R.C.P. as indicated in the Certificate of Service.

Respectfully Submitted,

Sanford R Denison

Sanford R. Denison

SRD/dd
Enclosures

Karen Sublett Mitchell
U. S. District Clerk
UNITED STATES DISTRICT COURT
August 14, 2019
Page 2

cc: w/ enclosures via email in PDF format

DEE J. KELLY, JR.
ELIZABETH ANNE CUNEO
LARS L. BERG
Kelly Hart & Hallman
201 Main Street, Suite 2500
Fort Worth, TX 76102-3194
817-332-2500
Fax: 817-878-9280
Email: dee.kelly.2@khh.com
Email: elizabeth.cuneo@kellyhart.com
Email: lars.berg@kellyhart.com


ROBERT A. SIEGEL
O'Melveny & Myers, LLP
400 South Hope St
Los Angeles, CA 90071-2899
213-430-6000
Fax: 213-430-6407
Email: rsiegel@omm.com

MARK W. ROBERTSON
SLOANE ACKERMAN
O'Melveny & Myers, LLP
7 Times Square
New York, NY 10036
212-326-2000
Fax: 212-326-2061
Email: mrobertson@omm.com
Email: sackerman@omm.com

RACHEL JANGER
O'Melveny & Myers
1625 Eye Street NW
Washington, DC 20006
Email: rjanger@omm.com

JEFFREY A. BARTOS
ANTONIA BIRD
Guerrieri, Bartos & Roma, PC
1900 M Street, NW, Suite 700
Washington DC 20036
202-624-7400
Email: jbartos@geclaw.com
Email: abird@geclaw.com

MARK RICHARD
OSNAT K. RIND
CHRISTINA S. GORNAIL
Phillips, Richard & Rind, P.A.
9360 SW 72nd Street, Suite 283
Miami, FL 33173
305-412-8322
Fax: 305-412-8299
Email: mrichard@phillipsrichard.com
Email: orind@phillipsrichard.com
Email: cgornail@phillipsrichard.com