ORIGINAL

RECEIVED
SEP - 6 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DIST...

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

September 06, 2019

Ms. Debbie Saenz  
Northern District of Texas, Fort Worth  
United States District Court  
501 W. 10th Street  
Room 424  
Fort Worth, TX 76102-0000

    No. 19-10919    American Airlines, Inc. v. TWU, et al  
                   USDC No. 4:19-CV-414 — A

Dear Ms. Saenz,

The court has granted your request for an extension of time until 12/2/19. This also extends the Judicial Council's discount date accordingly.

Please note in the future, you can find the following forms on our website at www.ca5.uscourts.gov in the "Clerks Office" section:

- Request for Extension of Time to file Transcript
- Request for Waiver of Mandatory Fee Reduction

                              Sincerely,  
                              LYLE W. CAYCE, Clerk

                              By: /s/Lyle W. Cayce  
                              Lyle W. Cayce

cc:  
    Mr. Sloane Ackerman  
    Mr. Jeffrey Andrew Bartos  
    Mr. Sanford Ross Denison  
    Ms. Rachel Janger  
    Mr. Dee J. Kelly Jr.  
    Ms. Karen S. Mitchell  
    Mr. Robert Alan Siegel